UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ameriprise Financial Services, Inc.; and Securities America, Inc., | Civ. File No. 08-CV-5219 (PAM/JJK) |
| Plaintiffs, | |
| v. | **TEMPORARY RESTRAINING ORDER** |
| The Reserve Fund; Reserve Management Company, Inc.; and Bruce R. Bent, | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Motion for a Temporary Restraining Order. Plaintiffs' Motion is granted.

Although financial markets should be left as free as possible from judicial intervention, temporary injunctive relief is warranted here. The practice of "tipping" undermines the free market and decreases investor confidence. Such serious allegations, if proven, give Plaintiffs a very strong position for winning later on the merits. Public policy weighs heavily in favor of ensuring that investors are dealt with on an equitable basis. Plaintiffs would be irreparably harmed if Defendants were allowed to honor redemption requests of investors who were made privy to the bad news before the public was made aware. Finally, the balance of harms weighs in favor of Plaintiffs as this Order is tailored to minimize any harm Defendants might suffer as a result of the Court intervening, and in light of the amount of damage Plaintiff stands to bear.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for a Temporary Restraining Order is **GRANTED** as follows:

1. Until further action by this Court, Defendants are **RESTRAINED** from honoring any and all redemption requests, except for the specific carve out of certain requests not to exceed $10,000.00 that Defendants' counsel referred to at the Hearing;

2. The Court will hold a further hearing or status conference on Tuesday, September 23, 2008, at 9:30 am;

3. This Order is effective until further Order of the Court.

Dated: September 19, 2008

                                              s/Paul A. Magnuson
                                              Paul A. Magnuson
                                              United States District Court Judge